FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2021

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

CASE NAME: LAVANDER YAHTIN        CASE NO. 1:21-CR-2003-SMJ-1

TOTAL # OF COUNTS: 3    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C § 1951(a) | Robbery Affecting Commerce | CAG up to 20 years, up to a $250,000 fine, up to 3 years of supervised release, restitution |
| 2 | 18 U.S.C. §§ 1153, 113(a)(3) | Assault with a Dangerous Weapon | CAG up to 10 years; up to a $250,000 fine, or both; up to 3 years supervised release; and a $100.00 special assessment. |
| 3 | 18 U.S.C. § 924(c)(1)(A)(iii) | Discharging a Firearm During and in Relation to a Crime of Violence | CAG no less than 10 years up to life; $250,000 fine, up to 5 years supervised release, $100 SPA. |
|   | 18 U.S.C. § 981, 18 U.S.C. § 924, 28 U.S.C. § 2861 | Forfeiture Allegations |   |