AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2021

SEAN F. McAVOY, CLERK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:21-CR-2003-SMJ-1 |
| LAVANDER YAHTIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ LAVANDER YAHTIN _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1915(a) ROBBERY AFFECTING COMMERCE
18 USC 1153, 113(a)(3) ASSAULT WITH A DANGEROUS WEAPON
18 USC 924(c)(1)(A)(iii) DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE

Date: Jan 12, 2021, 11:43 am _____

*Issuing officer's signature*

City and state:    Spokane, Washington

_____
Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* ___1/12/21___ , and the person was arrested on *(date)* ___1/15/21___ at *(city and state)* ___Spokane, WA___ . |

Arrested within the E/WA
BY:   FBI
~~(Agency)~~        *Arresting officer's signature*
Executed On: 1/15/21
Sign: *Reagan K. Havey, USMS*

Date: 1/15/21 _____

*Printed name and title*