# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

**USA v. LAVANDER YAHTIN**　　　　　　Case No.　**1:21-CR-2003-SMJ-1**

Yakima Video Conference
The Defendant agreed to appear via video conference.

## Detention Hearing:　　　　　　　　　　　　　　　　　　01/22/2021

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Matthew Stone, US Atty (video) |
| | | ☒ | Ulvar Klein, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing by video from Yakima County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

　　Due the current COVID-19 public health crises, all parties including Defendant, appeared by video or teleconference.

　　USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

　　Court colloquy with USA regarding if Defendant's sister still works at the Wolf Den or resides with Defendant. USA does not know that information.

　　Defense counsel argued why the Defendant should be released. Defendant proposes conditions of release.

　　Court colloquy with Defense regarding if Defendant has alternative residences further distance from the Wolf Den. Defense does not have an alternative at this time.

　　USA presents reply argument.

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. That there is no combination of conditions to assure that Defendant is not a danger to the community.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.