FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAVANDER YAHTIN,<br><br>Defendant. | No. 1:21-CR-02003-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 28** |
|---|---|

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 28).  Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion.  Specifically, Defendant requests that the Court modify Special Condition No. 4, which prohibits Defendant from entering Wapato or White Swan.  Defendant requests a temporary modification to permit him to travel to his former residences with his counsel to explore Defendant's history. For the reasons set forth in the Motion;

**IT IS ORDERED:**

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 28**) is **GRANTED**.

2. Special Condition No. 4 (**ECF No. 24**) shall be temporarily **MODIFIED** to allow Defendant to travel to Wapato and White Swan on April 15, 2021 with his counsel.

3. All other conditions of release shall remain in effect.

DATED April 5, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 2