📎 PS 8
(3/15)

Case 1:21-cr-02003-EFS    ECF No. 48    filed 11/12/21    PageID.141    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Yahtin, Lavander | Docket No. | 0980 1:21CR02003-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lavander Yahtin, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 4th day of February 2021, under the following conditions:

**Special Condition #6:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of the defense counsel to provide such waivers.

**Special Condition #8**: Defendant shall submit to random urinalysis and breathalyzer testing as directed by the United States Probation/Pretrial Services Office to include carrying a device through Smart Start agency that will alert the defendant when he must give a Breathalyzer test. Testing is limited to six times per day and is to be set up and paid for by Defendant.

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Yahtin is considered in violation of his pretrial release conditions by failing to attend his substance abuse counseling groups at Merit Resource Services (Merit) on October 12, 14, 21, 27, and 28, 2021.

Conditions of release were reviewed and signed by Mr. Yahtin on February 4, 2021, acknowledging an understanding of his pretrial release conditions, including special condition number 6.

On October 12 and 14, 2021, Mr. Yahtin failed to attend his treatment groups as required.

On October 18, 2021, Mr. Yahtin attended an individual session with his counselor to address his 2 missed groups and it was made clear to him that he must maintain his attendance. The following day, on October 19, 2021, Mr. Yahtin attended his group session as scheduled. However, he then failed to attend the subsequent scheduled sessions on for the remainder of the month on October 21, 27, and 28, 2021.

On October 26, 2021, Merit sent Mr. Yahtin a letter in an attempt to re-engage him in the treatment service. Mr. Yahtin needed to contact Merit by November 1, 2021, and if no contact was made, his treatment file would be closed.

On November 2, 2021, Merit reported Mr. Yahtin was discharged from treatment services as he left without notice.

Re: Yahtin, Lavander
November 10, 2021
Page 2

**Violation #2**: Mr. Yahtin is considered in violation of his pretrial release conditions by failing to submit to random urinalysis (UA) at Merit on October 18, and October 28, 2021.

Conditions of release were reviewed and signed by Mr. Yahtin on February 4, 2021, acknowledging an understanding of his pretrial release conditions, including special condition number 8.

On February 5, 2021, Mr. Yahtin reviewed and signed the substance abuse testing instructions acknowledging his understanding of the urine testing program. He was instructed to call the Merit color line system. When his designated color was called, he was to report to Merit and submit to a drug screen.

On October 19, 2021, Merit reported that Mr. Yahtin did not report to their office for random testing on October 18, 2021. On October 29, 2021, Merit reported that Mr. Yahtin did not report to their office for random testing on October 28, 2021.

**Violation #3**: Mr. Yahtin is considered in violation of his pretrial release conditions by consuming a controlled substance, marijuana, on or about from October 18, 2021, and November 9, 2021.

Conditions of release were reviewed and signed by Mr. Yahtin on February 4, 2021, acknowledging an understanding of his pretrial release conditions, including standard condition number 9.

On February 5, 2021, Mr. Yahtin reviewed and signed the substance abuse testing instructions acknowledging his understanding of the urine testing program. He was instructed to call the Merit color line system. When his designated color was called, he was to report to Merit and submit to a drug screen.

On October 20, 2021, Mr. Yahtin reported to Merit and underwent UA testing. The on-site test result was presumptive positive for marijuana. Mr. Yahtin was asked by the UA collector if he had consumed marijuana; Mr. Yahtin admitted to consuming marijuana. The specimen was sent to Alere Toxicology Services (Alere) for further analysis. On October 30, 2021, the laboratory results were received and confirmed that the specimen was positive for the presence marijuana.

On November 9, 2021, Mr. Yahtin reported to the probation office and underwent UA testing. The on-site test result was presumptive positive for marijuana. Mr. Yahtin was asked by this officer if he had consumed marijuana; Mr. Yahtin admitted to having consumed marijuana daily since October 8, 2021. The specimen was sent to Alere for further analysis. As of the writing of this report, the test results from Alere are still pending.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: November 10, 2021 |
| by | s/Arturo Santana |
| | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

11/12/2021

Date