# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Yahtin, Lavander | Docket No. | 0980 1:21CR02003-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Lavander Yahtin, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 4th day of February 2021, under the following conditions:

**Special Condition #11**: Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4**: Lavander Yahtin is alleged being in violation of his pretrial release conditions by failing to abide by his location monitoring schedule and restriction to his residence 805 Sixth Avenue, Granger, Washington 98932, on November 16 and 18, 2021.

Conditions of release were reviewed and signed by Mr. Yahtin on February 4, 2021, acknowledging an understanding of his pretrial release conditions, including special condition number 11.

A review of BI Total Access (BI) global positioning system (GPS) mapping revealed that on November 16, 2021, at approximately 3:46 p.m., Mr. Yahtin left his residence.  At approximately 3:59 p.m., Mr. Yahtin returned to his residence.  Mr. Yahtin failed to abide by his location monitoring schedule that required him to remain at his residence, as he did not have permission to leave.

A review of BI GPS mapping revealed that on November 18, 2021, at approximately 4:47 p.m., Mr. Yahtin left his residence.  At approximately 5:04 p.m., Mr. Yahtin returned to his residence.  Mr. Yahtin failed to abide by his location monitoring schedule that required him to remain at his residence as he did not have permission to leave.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   November 30, 2021 |
| by | s/Arturo Santana |
|   | Arturo Santana<br>U.S. Pretrial Services Officer |

PS-8

Re: Yahtin, Lavander
November 30, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*m.k.Dimke*

Signature of Judicial Officer

11/30/2021

Date