# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Yahtin, Lavander | Docket No. | 0980 1:21CR02003-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lavander Yahtin, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 4th day of February 2021, under the following conditions:

**Special Condition #8**: Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office to include carrying a device through Smart Start agency that will alert the defendant when he must give a Breathalyzer test. Testing is limited to six times per day and is to be set up and paid for by Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Yahtin is considered in violation of his pretrial release conditions by failing to submit to his required Breathalyzer testing on December 20, 2021, between the 6 a.m. and 7 a.m. time frame, and the 10 a.m. and 11 a.m. time frame.

Conditions of release were reviewed and signed by Mr. Yahtin on February 4, 2021, acknowledging an understanding of his pretrial release conditions, including special condition number 8.

Per Mr. Yahtin's release condition, he is to be testing up to six times per day via the Smart Start program. On December 20, 2021, Mr. Yahtin failed to submit to his 6 a.m. to 7 a.m. test, as well as his 10 a.m to 11 a.m test. This officer made telephone contact with Mr. Yahtin, to follow up on the above skipped tests. Mr. Yahtin stated he "slept through them." To be noted, there was a 14-hour gap between tests. Mr. Yatin submitted a test at 10:03 p.m., on December 19, 2021, and did not submit another test until 1:30 p.m. on December 20, 2021.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: 12/20/2021 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Yahtin, Lavander
December 20, 2021
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

12/20/2021

Date