UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Yahtin, Lavander | Docket No. | 0980 1:21CR02003-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lavander Yahtin, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 4th day of February 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C.§802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4**: Mr. Yahtin is considered in violation of his pretrial release conditions by consuming controlled substance marijuana on or about December 9, 2021.

Conditions of release were reviewed and signed by Mr. Yahtin on February 4, 2021, acknowledging an understanding of his pretrial release conditions, including standard condition number 9.

On December 9, 2021, Mr. Yahtin submitted a random drug test at Merit Resource Services, which tested presumptive positive for marijuana. The sample was submitted to Abbott Laboratory for confirmation. Results were received on December 27, 2021, confirming a positive reading for marijuana. Mr. Yahtin signed a drug use admission form on December 9, 2021, admitting to the drug use.

PRAYING THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH THE CURRENT PETITION PENDING BEFORE THE COURT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:    12/29/2021 |
| by | s/Linda J. Leavitt |
|   | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Yahtin, Lavander
December 29, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

12/30/2021
Date