# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br><br>LAVANDER YAHTIN,<br><br>                             Defendant. | Case No.    1:21-CR-02003-SMJ-1<br>**CRIMINAL MINUTES**<br><br>DATE:     JANUARY 18, 2022<br>LOCATION: RICHLAND VIA VIDEO CONFERENCE<br><br>**CHANGE OF PLEA HEARING** |

|  | Hon. Salvador Mendoza, Jr. |
|---|---|---|
| Nicole Cruz | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy | | Ulvar Klein |
| **Government Counsel** | | **Defense Counsel** |

**[X] Open Court**   **[ ] Chambers**   **[X] Videoconference**

Due to the current COVID-19 public health crisis, all parties appearing via video conference. Defendant present, appearing via video conference.

Defendant consents to hearing proceeding via video conference.

Oath administered to Defendant for change of plea.

Signed Plea Agreement, previously emailed to the Court, filed.

Court engaged Defendant in colloquy regarding charges and advised Defendant of his Constitutional Rights given up by plea of guilty. Defendant enters guilty plea to Count 3 of the Indictment.

Order Accepting Guilty Plea signed and filed - trial date stricken and all pending motions denied as moot.

Order Regarding Schedule for Sentencing signed and filed - **Sentencing set for June 21, 2022 at 10:00 a.m. in Yakima**.

Mr. Murphy orally moves for detention of the Defendant pending sentencing.
No objection by Mr. Klein.

**Court:** Motion is **GRANTED**; Defendant shall self-report to the custody of the US Marshal in Yakima by 3:00 p.m.

**[X]   ORDERS FORTHCOMING**

| CONVENED: 10:27 A.M. | ADJOURNED: 10:52 A.M. | TIME: 0:25 HR. | CALENDARED [X] |
|---|---|---|---|