FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LAVANDER YAHTIN,<br><br>   Defendant. | No.   1:21-CR-02003-SMJ-1<br><br>**ORDER ACCEPTING GUILTY PLEA** |

The Court finds that Defendant's plea of guilty to Count 3 of the Indictment is knowing, intelligent, and voluntary and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crime charged.

Accordingly, **IT IS HEREBY ORDERED**:

   **1.**   Defendant's guilty plea to Count 3 is **ACCEPTED**.

   **2.**   The trial date is **STRICKEN**.

   **3.**   All pending motions are **DENIED AS MOOT**.

ORDER ACCEPTING GUILTY PLEA – 1

**4.** By and through this Order, the District Court Executive is authorized to accept Defendant's payment in the amount of $100 per count, for a total of $100.00, toward Special Penalty Assessments.

**IT IS SO ORDERED.** The Clerk's Office is hereby directed to enter this order and furnish copies to all counsel.

**DATED** this 18th day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ACCEPTING GUILTY PLEA – 2