# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>-vs-<br>LAVANDER YAHTIN,<br><br>    Defendant. | Case No.    1:21-CR-2003-EFS-1<br>CRIMINAL MINUTES<br><br>DATE:         OCTOBER 25, 2022<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |
|---|---|

| | Hon. Edward F. Shea | |
|---|---|---|
| Sara Gore | 01 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Francis Walker | | Gregory Scott |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**  Carrie Valencia | | |

**[XX] Open Court**          **[  ] Chambers**          **[  ] Videoconference/Telephonic**

Defendant present, in the custody of the US Marshal

Mr. Scott motioned the Court to continue sentencing out to December.

Defendant has no objections

Ms. Walker has no objections

**Court:** Motion to continue is **GRANTED**.

Sentencing continued to **December 15th, 2022** at **11:00 a.m**. in **Richland**.

**[XX]  ORDER FORTHCOMING**

| **CONVENED:**  11:09 A.M. | **ADJOURNED:**  11:12 A.M. | **TIME:**  :3 HR. | **CALENDARED**  [XX] |
|---|---|---|---|